# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In re:

SUZANNE BEGAY,

      Debtor

Chapter: 13

Case No. 2:22-bk-07501-BKM

**NOTICE OF LODGING ORDER VACATING HEARING**

Hearing Date: June 8, 2023

Hearing Time: 10:30am

    Notice is hereby given that the above-named Debtor, lodged the Order Vacating Hearing Date on Debtor's Objection to Trustee Recommendation set for June 8, 2023 at 10:30am in the above-captioned bankruptcy.

    Dated: June 7, 2023

                Respectfully submitted:
                /s/ Tom McAvity
                Tom McAvity, 034403
                Phoenix Fresh Start Bankruptcy
                4742 N 24th St. Ste. 300
                Phoenix, AZ 85016

# CERTIFICATE OF SERVICE

This is to certify that the foregoing was submitted on June 7, 2023 in the United States Bankruptcy Court for filing and transmittal of notice of electronic filing to the United States Trustee, the Chapter 13 Trustee and the ECF registrants appearing in this case.

By: /s/Tom McAvity